NORMA E. GALLANO v.
JOHN M. RUNNING AND BORO. SEWERAGE AUTHORITY.

January 17, 1978. Petition for certification denied. (See 139 *N. J. Super.* 239)

STATE OF NEW JERSEY v. WILLIAM HAY.

January 17, 1978. Petition for certification denied. (See 153 *N. J. Super.* 346)

PRINCETON FIRST AID & RESCUE SQUAD, INC. v. DIVISION ON CIVIL RIGHTS OF THE DEPT. OF LAW & PUBLIC SAFETY.

January 17, 1978. Motion to dismiss appeal is granted. (See 73 *N. J.* 59)

JERSEY CITY INCINERATOR AUTHORITY v. DEPARTMENT OF PUBLIC UTILITIES OF NEW JERSEY AND BOARD OF PUBLIC UTILITIES COMMISSIONERS OF NEW JERSEY.

January 30, 1978. Appeal is dismissed as moot. (See 74 *N. J.* 257)

STATE OF NEW JERSEY v. KEITH HENDERSON.

January 31, 1978. Petition for certification denied.